# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Patrick Ritenour<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:22-mj-333<br>)<br>)  **UNDER SEAL**<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2022__ in the city/county of __Fauquier__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2), (b)(1) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Seth Schlessinger, AUSA
*Printed name and title*

*Matthew Lee*
*Complainant's signature*

Matthew Lee, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

Date: 11/30/2022

City and state: Alexandria, VA

John F. Anderson
Digitally signed by John F. Anderson
Date: 2022.11.30 11:57:56 -05'00'
*Judge's signature*

Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*